# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES L. STOCKNER,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              5:12CV13

STARWOOD HOTELS &
RESORTS WORLDWIDE, INC.
d/b/a SHERATON, SHERATON
WAIKIKI HOTEL,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2012 Order.

                                    Signed: June 29, 2012

                                    Frank G. Johns, Clerk
                                    United States District Court